**frontline** education.

Frontline Technologies
550 E Swedesford Road
Suite 360
Wayne, PA 19087
610-727-0498

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/27/2025 |
| Period End Date | 01/09/2026 |
| Pay Date | 01/09/2026 |
| Document | 2216422 |

**Net Pay** **$2,204.15**

## Pay Details

**Yvette L Mason**
6357 Chew Avenue
Philadelphia, PA 19138
USA

| | | | |
|---|---|---|---|
| Employee Number | 100031126 | Pay Group | Frontline Biweekly Salary |
| SSN | XXX-XX- ▮ | Location | Frontline HQ Wayne |
| Job | AP Supervisor | Segment | APPSFT - Application Software |
| Pay Rate | $35.4499 | Company Grp | FRNTLN - Frontline Education |
| Pay Frequency | Biweekly | Department | FLT600 - Administration |
| | | Sub-Dept | FLT022 - Accounting |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 80.000000 | $35.4499 | $2,836.00 | $2,836.00 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $56.72 | $56.72 | $0.00 | $0.00 |
| 401K Loan | No | $58.10 | $58.10 | $0.00 | $0.00 |
| Roth 401k | No | $28.36 | $28.36 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $42.54 | $42.54 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $74.59 | $74.59 |
| Employee Medicare | $41.12 | $41.12 |
| Social Security Employee Tax | $175.83 | $175.83 |
| PA State Income Tax | $87.07 | $87.07 |
| PHILA R | $106.07 | $106.07 |
| TREDYFFRIN TWP LST | $2.00 | $2.00 |
| PA Unemployment Employee | $1.99 | $1.99 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 40.0000 |
| Planned PTO | 0.0000 | Unlimited |
| Unplanned PTO | 0.0000 | Unlimited |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3907 | Savings | $150.00 |
| xxxxxxxx5368 | Checking | $2,054.15 |
| Total | | $2,204.15 |

## Pay Summary

|         | Earnings    | Net Pay     | Taxes    | Deductions | Net Pay     |
|---------|-------------|-------------|----------|------------|-------------|
| Current | $2,836.00   | $2,779.28   | $488.67  | $143.18    | **$2,204.15** |
| YTD     | $2,836.00   | $2,779.28   | $488.67  | $143.18    | $2,204.15   |

**frontline** education

Frontline Technologies
550 E Swedesford Road
Suite 360
Wayne, PA 19087
610-727-0498

| | |
|---|---|
| Period Start Date | 01/10/2026 |
| Period End Date | 01/23/2026 |
| Pay Date | 01/23/2026 |
| Document | 2217217 |

**Net Pay    $1,842.28**

## Pay Details

**Yvette L Mason**
6357 Chew Avenue
Philadelphia, PA 19138
USA

| | | | |
|---|---|---|---|
| Employee Number | 100031126 | Pay Group | Frontline Biweekly Salary |
| SSN | XXX-XX | Location | Frontline HQ Wayne |
| Job | AP Supervisor | Segment | APPSFT - Application Software |
| Pay Rate | $35.4499 | Company Grp | FRNTLN - Frontline Education |
| Pay Frequency | Biweekly | Department | FLT600 - Administration |
| | | Sub-Dept | FLT022 - Accounting |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 72.000000 | $35.4499 | $2,552.40 | $5,388.40 |
| Sick | 8.000000 | $35.4499 | $283.60 | $283.60 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $56.72 | $113.44 | $0.00 | $0.00 |
| 401K Loan | No | $0.00 | $58.10 | $0.00 | $0.00 |
| Accident | No | $16.44 | $16.44 | $0.00 | $0.00 |
| Child AD&D | No | $0.18 | $0.18 | $0.00 | $0.00 |
| Child Life | No | $0.84 | $0.84 | $0.00 | $0.00 |
| Dental | Yes | $36.92 | $36.92 | $30.38 | $30.38 |
| EE Sup Life | No | $7.98 | $7.98 | $0.00 | $0.00 |
| FSA Medical | Yes | $100.00 | $100.00 | $0.00 | $0.00 |
| Hosp Indemnity | No | $17.46 | $17.46 | $0.00 | $0.00 |
| Medical | Yes | $332.30 | $332.30 | $1,008.00 | $1,008.00 |
| Roth 401k | No | $28.36 | $56.72 | $0.00 | $0.00 |
| Vision | Yes | $13.24 | $13.24 | $0.00 | $0.00 |
| VOL AD&D | No | $0.92 | $0.92 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $42.54 | $85.08 |
| Basic AD&D | No | $0.00 | $0.00 | $0.70 | $0.70 |
| Basic EE Life | No | $0.00 | $0.00 | $2.72 | $2.72 |
| EAP | No | $0.00 | $0.00 | $0.98 | $0.98 |
| LTD | Yes | $0.00 | $0.00 | $11.12 | $11.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| STD | Yes | $0.00 | $0.00 | | $1.72 | $1.72 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $20.00 | $94.59 |
| Employee Medicare | $34.13 | $75.25 |
| Social Security Employee Tax | $145.92 | $321.75 |
| PA State Income Tax | $72.25 | $159.32 |
| PHILA R | $106.07 | $212.14 |
| TREDYFFRIN TWP LST | $2.00 | $4.00 |
| PA Unemployment Employee | $1.99 | $3.98 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 40.0000 |
| Planned PTO | 0.0000 | Unlimited |
| Sick pay | 0.0000 | -8.0000 |
| Unplanned PTO | 0.0000 | Unlimited |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3907 | Savings | $150.00 |
| xxxxxxxx5368 | Checking | $1,692.28 |
| Total | | $1,842.28 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,836.00 | $2,296.82 | $382.36 | $611.36 | $1,842.28 |
| YTD | $5,672.00 | $5,076.10 | $871.03 | $754.54 | $4,046.43 |

**frontline**
education.

Frontline Technologies
550 E Swedesford Road
Suite 360
Wayne, PA 19087
610-727-0498

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/24/2026 |
| Period End Date | 02/06/2026 |
| Pay Date | 02/06/2026 |
| Document | 2218134 |

**Net Pay**      **$2,053.92**

## Pay Details

Yvette L Mason
6357 Chew Avenue
Philadelphia, PA 19138
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100031126 | Pay Group | Frontline Biweekly Salary | |
| SSN | XXX-XX▮ | Location | Frontline HQ Wayne | |
| Job | AP Supervisor | Segment | APPSFT - Application Software | |
| Pay Rate | $35.4499 | Company Grp | FRNTLN - Frontline Education | |
| Pay Frequency | Biweekly | Department | FLT600 - Administration | |
| | | Sub-Dept | FLT022 - Accounting | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 72.000000 | $35.4499 | $2,552.40 | $7,940.80 |
| Sick | 0.000000 | $0.0000 | $0.00 | $283.60 |
| Planned PTO | 8.000000 | $35.4499 | $283.60 | $283.60 |

Total Hours   80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $56.72 | $170.16 | $0.00 | $0.00 |
| 401K Loan | No | $0.00 | $58.10 | $0.00 | $0.00 |
| Accident | No | $8.22 | $24.66 | $0.00 | $0.00 |
| Child AD&D | No | $0.09 | $0.27 | $0.00 | $0.00 |
| Child Life | No | $0.42 | $1.26 | $0.00 | $0.00 |
| Dental | Yes | $18.46 | $55.38 | $15.19 | $45.57 |
| EE Sup Life | No | $3.99 | $11.97 | $0.00 | $0.00 |
| FSA Medical | Yes | $50.00 | $150.00 | $0.00 | $0.00 |
| Hosp Indemnity | No | $8.73 | $26.19 | $0.00 | $0.00 |
| Medical | Yes | $166.15 | $498.45 | $504.00 | $1,512.00 |
| Roth 401k | No | $28.36 | $85.08 | $0.00 | $0.00 |
| Vision | Yes | $6.62 | $19.86 | $0.00 | $0.00 |
| VOL AD&D | No | $0.46 | $1.38 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $42.54 | $127.62 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $1.05 |
| Basic EE Life | No | $0.00 | $0.00 | $1.36 | $4.08 |
| EAP | No | $0.00 | $0.00 | $0.49 | $1.47 |

| | | | | | |
|---|---|---|---|---|---|
| LTD | Yes | $0.00 | $0.00 | $5.56 | $16.68 |
| STD | Yes | $0.00 | $0.00 | $0.86 | $2.58 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $45.64 | $140.23 |
| Employee Medicare | $37.62 | $112.87 |
| Social Security Employee Tax | $160.88 | $482.63 |
| PA State Income Tax | $79.66 | $238.98 |
| PHILA R | $106.07 | $318.21 |
| TREDYFFRIN TWP LST | $2.00 | $6.00 |
| PA Unemployment Employee | $1.99 | $5.97 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 40.0000 |
| Planned PTO | 0.0000 | Unlimited |
| Sick pay | 0.0000 | -8.0000 |
| Unplanned PTO | 0.0000 | Unlimited |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3907 | Savings | $150.00 |
| xxxxxxxx5368 | Checking | $1,903.92 |
| Total | | $2,053.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,836.00 | $2,538.05 | $433.86 | $348.22 | $2,053.92 |
| YTD | $8,508.00 | $7,614.15 | $1,304.89 | $1,102.76 | $6,100.35 |

**frontline** education.

Frontline Technologies
550 E Swedesford Road
Suite 360
Wayne, PA 19087
610-727-0498

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/07/2026 |
| Period End Date | 02/20/2026 |
| Pay Date | 02/20/2026 |
| Document | 2218930 |

**Net Pay**    **$2,053.92**

## Pay Details

**Yvette L Mason**
6357 Chew Avenue
Philadelphia, PA 19138
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100031126 | Pay Group | Frontline Biweekly Salary |
| SSN | XXX-XX-■ | Location | Frontline HQ Wayne |
| Job | AP Supervisor | Segment | APPSFT - Application Software |
| Pay Rate | $35.4499 | Company Grp | FRNTLN - Frontline Education |
| Pay Frequency | Biweekly | Department | FLT600 - Administration |
| | | Sub-Dept | FLT022 - Accounting |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 64.000000 | $35.4499 | $2,268.80 | $10,209.60 |
| Sick | 0.000000 | $0.0000 | $0.00 | $283.60 |
| Planned PTO | 16.000000 | $35.4499 | $567.20 | $850.80 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $56.72 | $226.88 | $0.00 | $0.00 |
| 401K Loan | No | $0.00 | $58.10 | $0.00 | $0.00 |
| Accident | No | $8.22 | $32.88 | $0.00 | $0.00 |
| Child AD&D | No | $0.09 | $0.36 | $0.00 | $0.00 |
| Child Life | No | $0.42 | $1.68 | $0.00 | $0.00 |
| Dental | Yes | $18.46 | $73.84 | $15.19 | $60.76 |
| EE Sup Life | No | $3.99 | $15.96 | $0.00 | $0.00 |
| FSA Medical | Yes | $50.00 | $200.00 | $0.00 | $0.00 |
| Hosp Indemnity | No | $8.73 | $34.92 | $0.00 | $0.00 |
| Medical | Yes | $166.15 | $664.60 | $504.00 | $2,016.00 |
| Roth 401k | No | $28.36 | $113.44 | $0.00 | $0.00 |
| Vision | Yes | $6.62 | $26.48 | $0.00 | $0.00 |
| VOL AD&D | No | $0.46 | $1.84 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $42.54 | $170.16 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $1.40 |
| Basic EE Life | No | $0.00 | $0.00 | $1.36 | $5.44 |
| EAP | No | $0.00 | $0.00 | $0.49 | $1.96 |

| | | | | | |
|---|---|---|---|---|---|
| LTD | Yes | $0.00 | $0.00 | $5.56 | $22.24 |
| STD | Yes | $0.00 | $0.00 | $0.86 | $3.44 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $45.64 | $185.87 |
| Employee Medicare | $37.63 | $150.50 |
| Social Security Employee Tax | $160.87 | $643.50 |
| PA State Income Tax | $79.66 | $318.64 |
| PHILA R | $106.07 | $424.28 |
| TREDYFFRIN TWP LST | $2.00 | $8.00 |
| PA Unemployment Employee | $1.99 | $7.96 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 40.0000 |
| Planned PTO | 0.0000 | Unlimited |
| Sick pay | 0.0000 | -8.0000 |
| Unplanned PTO | 0.0000 | Unlimited |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3907 | Savings | $150.00 |
| xxxxxxxx5368 | Checking | $1,903.92 |
| Total | | $2,053.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,836.00 | $2,538.05 | $433.86 | $348.22 | $2,053.92 |
| YTD | $11,344.00 | $10,152.20 | $1,738.75 | $1,450.98 | $8,154.27 |

**𝒢 frontline**
education.

Frontline Technologies
550 E Swedesford Road
Suite 360
Wayne, PA 19087
610-727-0498

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/21/2026 |
| Period End Date | 03/06/2026 |
| Pay Date | 03/06/2026 |
| Document | 2219781 |

**Net Pay**    **$2,292.14**

## Pay Details

**Yvette L Mason**
6357 Chew Avenue
Philadelphia, PA 19138
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100031126 | Pay Group | Frontline Biweekly Salary |
| SSN | XXX-XX | Location | Frontline HQ Wayne |
| Job | AP Supervisor | Segment | APPSFT - Application Software |
| Pay Rate | $36.5385 | Company Grp | FRNTLN - Frontline Education |
| Pay Frequency | Biweekly | Department | FLT600 - Administration |
| | | Sub-Dept | FLT022 - Accounting |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 80.000000 | $36.5385 | $2,923.08 | $13,132.68 |
| Sick | 0.000000 | $0.0000 | $0.00 | $283.60 |
| Planned PTO | 0.000000 | $0.0000 | $0.00 | $850.80 |
| Retro Pay | | | $130.62 | $130.62 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $226.88 | $0.00 | $0.00 |
| 401K Loan | No | $0.00 | $58.10 | $0.00 | $0.00 |
| Accident | No | $8.22 | $41.10 | $0.00 | $0.00 |
| Child AD&D | No | $0.09 | $0.45 | $0.00 | $0.00 |
| Child Life | No | $0.42 | $2.10 | $0.00 | $0.00 |
| Dental | Yes | $18.46 | $92.30 | $15.19 | $75.95 |
| EE Sup Life | No | $3.99 | $19.95 | $0.00 | $0.00 |
| FSA Medical | Yes | $50.00 | $250.00 | $0.00 | $0.00 |
| Hosp Indemnity | No | $8.73 | $43.65 | $0.00 | $0.00 |
| Medical | Yes | $166.15 | $830.75 | $504.00 | $2,520.00 |
| Roth 401k | No | $0.00 | $113.44 | $0.00 | $0.00 |
| Vision | Yes | $6.62 | $33.10 | $0.00 | $0.00 |
| VOL AD&D | No | $0.46 | $2.30 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $170.16 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $1.75 |
| Basic EE Life | No | $0.00 | $0.00 | $1.36 | $6.80 |

| | | | | |
|---|---|---|---|---|
| EAP | No | $0.00 | $0.00 | $0.49 | $2.45 |
| LTD | Yes | $0.00 | $0.00 | $5.56 | $27.80 |
| STD | Yes | $0.00 | $0.00 | $0.86 | $4.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.57 | $264.44 |
| Employee Medicare | $40.78 | $191.28 |
| Social Security Employee Tax | $174.38 | $817.88 |
| PA State Income Tax | $86.34 | $404.98 |
| PHILA R | $114.21 | $538.49 |
| TREDYFFRIN TWP LST | $2.00 | $10.00 |
| PA Unemployment Employee | $2.14 | $10.10 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 40.0000 |
| Planned PTO | 0.0000 | Unlimited |
| Sick pay | 0.0000 | -8.0000 |
| Unplanned PTO | 0.0000 | Unlimited |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3907 | Savings | $150.00 |
| xxxxxxxx5368 | Checking | $2,142.14 |
| Total | | $2,292.14 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,053.70 | $2,812.47 | $498.42 | $263.14 | $2,292.14 |
| YTD | $14,397.70 | $12,964.67 | $2,237.17 | $1,714.12 | $10,446.41 |